IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 16-cv-02475-WJM
(Appeal from Bankruptcy Adversary Proceeding No. 14-01191-TBM)

In re: UNITED WESTERN BANCORP, INC.,

    Debtor.

FEDERAL DEPOSIT INSURANCE CORPORATION, in its capacity as receiver for United Western Bank,

    Defendant-Appellant,

v.

SIMON E. RODRIGUEZ, in his capacity as Chapter 7 Trustee for the bankruptcy estate of United Western Bancorp, Inc.,

    Plaintiff-Appellee.

## FINAL JUDGMENT

PURSUANT to and in accordance with Fed. R. Civ. P. 58(a) and the Order Reversing Bankruptcy Court's Judgment entered by the Honorable William J. Martínez on July 10, 2017, and incorporated herein by reference as if fully set forth, it is

ORDERED that the judgment of the Bankruptcy Court is REVERSED and this matter is REMANDED to the Bankruptcy Court for further proceedings consistent with the opinion. It is

FURTHER ORDERED that this appeal is TERMINATED.

DATED at Denver, Colorado this  10th   day of July, 2017.

                                                FOR THE COURT:

                                                JEFFREY P. COLWELL, CLERK

                                                By: <u>s/Emily Buchanan</u>
                                                Emily Buchanan, Deputy Clerk